ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, Plaintiff–Appellee

v.

Reginald BAILEY, Defendant–Appellant

Roxanna Bailey, Defendant

**Franklin Credit Management Corp., Defendant–Appellee.**

No. 11–3621.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 1, 2012.

Filed: Aug. 6, 2012.

Ellen Jean Brooke, James E. Godfrey, Jr., Evans & Dixon, St. Louis, MO, for Plaintiff–Appellee.

Reginald Bailey, St. Louis, MO, pro se.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this interpleader action, Reginald Bailey appeals the district court's [1] adverse summary judgment decision. Following careful de novo review, *see Stein v. Chase Home Fin., LLC,* 662 F.3d 976, 979 (8th Cir.2011) (standard of review), we conclude that the summary judgment decision was appropriate for the reasons stated by the district court. We also conclude that the district court did not abuse its discretion in declining to impose sanctions, *see MHC Inv. Co. v. Racom Corp.,* 323 F.3d 620, 624 (8th Cir.2003) (standard of review), or in denying reconsideration, *see Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.